FILED BY ___YR___ D.C.
Nov 16, 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

**20-MJ-4021-REID**

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Eddy RAKIN GONZALEZ, and<br>Joshua Orlando GONZALEZ WILSON<br><br>_Defendant(s)_ | Case No.<br><br>8:20-mj-2137-AAS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 31, 2020__ in the county of __Hillsborough__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_Complainant's signature_

CGIS, Special Agent James Kelly
_Printed name and title_

Sworn to before me over the telephone and ~~signed in my presence.~~
Signed by me pursuant to Fed R Crim P 4.1 and 4(d)

Date: __11/12/2020__

_Judge's signature_

City and state: __Tampa, Florida__

Amanda Sansone, United States Magistrate Judge
_Printed name and title_

4

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, James M. Kelly, being duly sworn, depose, and state:

### Introduction and Agent Background

1. I am a Special Agent with the Coast Guard Investigative Service ("CGIS"), and have been employed in that capacity since 2002. Since May of 2016, I have been assigned as a Special Agent to the Operation Panama Express Strike Force. Operation Panama Express is a federal Organized Crime Drug Enforcement Task Force ("OCDETF") investigation being conducted by the Drug Enforcement Administration ("DEA"), the Federal Bureau of Investigation ("FBI"), Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), and CGIS. Investigations initiated by Operation Panama Express are prosecuted in the Middle District of Florida (Tampa Division). Special Agents assigned to Operation Panama Express currently investigate cocaine and marijuana smuggling organizations that are responsible for the transportation of cocaine and marijuana through international waters of the Caribbean Sea and Pacific Ocean via maritime vessels to transshipment locations for later introduction and distribution into the United States.

### Statutory Authority

2. I submit this affidavit in support of a criminal complaint charging that beginning on an unknown date and continuing through on or about October 31, 2020, while aboard a vessel subject to the jurisdiction of the United States, the defendants, Eddy RAKIN GONZALEZ and Joshua Orlando GONZALEZ WILSON, did knowingly and willfully combine, conspire, and agree with each other

5

and with other persons, to distribute and possess with the intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b), and 21 U.S.C. § 960(b)(1)(B)(ii). and 100 kilograms or more of marijuana, a Schedule I controlled substance, in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b), and 21 U.S.C. § 960(b)(2)(G).

**Probable Cause**

3. The United States Coast Guard (USCG) has the authority under 14 U.S.C. § 522 to make inquiries, examinations, inspections, searches, seizures, and arrests upon the high seas and waters over which the United States has jurisdiction, in order to enforce United States law.

4. On or about October 31, 2020, while on routine patrol in the Eastern Pacific a Maritime Patrol Aircraft (MPA), spotted a go fast vessel (GFV) target of interest (TOI) in international waters, 59 nautical miles south of Morro De Puercos, Panama. The United States Coast Guard Cutter (USCGC) Seneca was patrolling nearby and was diverted to intercept. USCGC Seneca requested and was granted by USCG District 11 (D11) a right of visitation (ROV) boarding on a vessel suspected of illicit maritime activity, due the location of the vessel and lack of indicia of nationality displayed. USCGC Seneca launched their over the horizon small boat (OTH) to make contact with said vessel and conduct ROV boarding. Upon arrival of the OTH on scene with the GFV they obtained positive control with no use of force utilized.

6

5. The ROV yielded no physical flag flown, no registration documents, no registration number on the hull, no homeport on the hull, a name of GEMELA 1 on the port and starboard side bow of the GFV and a painted Costa Rican maker's mark on the hull, consisting of blue over white, over red, over white, over blue stripes. The master of the vessel made no claim of nationality for the vessel. USCGC Seneca briefed USCG D11, and D11 enacted the United States/Costa Rican bilateral agreement and conducted a forms exchange. The government of Costa Rica could neither confirm nor deny the nationality of the GFV GEMELA 1 and USCG D11 issued a statement of no objection to treat the vessel as one without nationality.

6. The USCG Boarding Team reported a mixed load of narcotics onboard the GFV GEMELA 1, which when tested provided 2 positive tests for cocaine and 2 positive tests for marijuana. There were 32 bales and 11 one-kilogram sized bricks of cocaine and 7 bales of marijuana in varied sizes. The approximate at sea weight is reported as 888 kilograms of cocaine and 600lbs of marijuana.

7. The boarding team identified the 02 persons on board (POB) as Eddy RAKIN GONZALEZ (Costa Rican national), Joshua Orlando GONZALEZ WILSON (Nicaraguan national).

## Conclusion

8. Based upon the foregoing information, I respectfully submit that probable cause exists to believe that the following 02 defendants named herein, Eddy RAKIN GONZALEZ and Joshua Orlando GONZALEZ WILSON, while aboard a

vessel subject to the jurisdiction of the United States, knowingly and willfully conspired, and agreed with each other and with other persons, to distribute and possess with the intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b), and 21 U.S.C. § 960 (b)(1)(B)(ii) and 100 kilograms or more of marijuana, a Schedule I controlled substance, in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b), and 21 U.S.C. § 960(b)(2)(G).

SA _____ CGIS
James M. Kelly
Special Agent, CGIS

Affidavit submitted by email and sworn to its true and accurate by telephone consistent ~~Sworn to before me in Tampa, Florida~~ with Fed. R. Crim. P. 4.1 this 12th day of November 2020. and 41(d).

_____
HON. AMANDA SANSONE
United States Magistrate Judge
Middle District Florida

8